UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH STOUT, as an individual and on behalf of all employees similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:23-cv-01216-JVS-SHK<br><br>Honorable James V. Selna<br>Courtroom 10C<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION [22]**<br><br>Action Filed:      April 27, 2023<br>Action Removed: June 23, 2023<br>Trial Date:          Not set |

**ORDER**

Having received and considered the Joint Stipulation Voluntarily Dismissing Case submitted by Plaintiff Keith Stout and Defendant Amazon.com Services LLC, the Court finds good cause exists to dismiss this entire action.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to Plaintiff's class and PAGA claims, thereby resulting in the dismissal of this entire action pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(ii); and
2. This stay is lifted and the clerk shall close the case.

**IT IS SO ORDERED.**

Dated: August 13. 2024

Hon. James V. Selna
UNITED STATES DISTRICT JUDGE